Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

## In the Matter of William W. FREIHOFER, Jr.

**No. 776 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 10, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of December, 2002, William W. Freihofer, Jr., having been disbarred by consent from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated June 14, 2002; the said William W. Freihofer, Jr., having been directed on September 26, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that William W. Freihofer, Jr., is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

## Francis John J. McGOVERN, Respondent.

**No. 797 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 10, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of December, 2002, there having been filed with this Court by Francis John J. McGovern his verified Statement of Resignation dated November 21, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Francis John J. McGovern be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.